**Order filed, September 13, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00535-CV
_____

### CASPIAN OIL SERVICES, INC. AND JAMES W. REYNOLDS, Appellant

### V.

### SE MANAGEMENT, LLC, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16599**

---

## ORDER

The reporter's record in this case was due **July 9, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 23, 2012, this court granted the court reporters request for extension of time to file the record until September 10, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Carmen Miller**, the official court reporter, to file the record in this appeal **on or before September 26, 2012. No further extension will be entertained**

**absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Carmen Miller** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM